167 A.3d 647

STATE OF NEW JERSEY, PLAINTIFF-PETITIONER, v.
ISAAC A. YOUNG, DEFENDANT-RESPONDENT.

May 5, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001857–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is granted; and it is further

ORDERED that the appellant may electronically serve and file a supplemental brief on or before July 5, 2017, and respondent may electronically serve and file a supplemental brief forty-five days (45) after the filing of appellant's supplemental submission, or, if appellant declines to file such a submission, on or before August 21, 2017.